**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| TERENCE ISAKOV | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3:10-cv-01517(JCH) |
| | : | |
| ERNST & YOUNG, LTD. (Bermuda), | : | OCTOBER 6, 2010 |
| ET AL | : | |

**ORDER OF TRANSFER**

The Honorable Janet C. Hall hereby transfers the above-identified case to the docket of **THE HONORABLE MARK R. KRAVITZ** for all purposes.

All future pleadings and filings in this case shall be filed with the Clerk's Office in **New Haven, Connecticut,** and bear docket number **3:10-cv-01517(MRK)**. Pleadings or documents related to this action and filed in any other seat of Court may be refused at the Clerk's Office and returned to you unfiled. [See Local Rule 7(a).]

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 6th day of October, 2010.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge