**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| TERENCE ISAKOV, for himself and on behalf of all others similarly situated, | : | Civil Action No. 3:10-CV-1517 (MRK) |
| Plaintiff, | : | |
| v. | : | |
| ERNST & YOUNG LTD. (BERMUDA); and ERNST & YOUNG (BAHAMAS), | : | |
| Defendants. | : | |
| | : | April 1, 2011 |

**DEFENDANTS' REPLY TO LEAD PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR EXTENSION OF TIME**

Defendants Ernst & Young Ltd. (Bermuda) and Ernst & Young (Bahamas) (together, "Defendants"), by their counsel, hereby reply to Lead Plaintiff's Response to the Defendants' Motion for Extension of Time, and state as follows:

1. Defendants respectfully submit this reply to address certain mischaracterizations and distortions of the record submitted by Plaintiff in its Response to Defendants' Motion for Extension of Time. While Defendants hesitate to burden the Court on a simple request for an extension of time to file their motions to dismiss until after the Court may hear the parties at the April 11, 2011 conference, the record should be clear. Defendants should not be put to the burden of filing multiple motions where Plaintiff has indicated he may seek further amendment of the Second Amended Complaint, and not, as Plaintiff misconstrues, that Defendants need more time to prepare their brief.

2. Plaintiff filed an Amended Complaint on January 17, 2011 [dkt. No. 30].

3. After reviewing the Amended Complaint, Defendants expressed an intention to move to dismiss the pleading, and the parties agreed to a deadline of March 18, 2011 for Defendants to move to dismiss. Defendants filed a Consent Motion for Extension of Time and Schedule [dkt. no. 31] to memorialize the agreement, which the Court approved on February 1, 2011 [dkt. no. 32].

4. Subsequently, the parties engaged in correspondence and discussions pursuant to which Plaintiff agreed to dismiss Ernst & Young LLP from the case and remove certain allegations regarding Defendants' audit procedures to comply with their Rule 11 obligations. During the discussions with Plaintiff's counsel regarding the potential filing of a Second Amended Complaint, Plaintiff's counsel sent an e-mail to counsel for Defendants suggesting that the parties extend the time to respond to the operative pleading – i.e., the Amended Complaint filed on January 17, 2011 – for a period of 45 days. A copy of a March 3, 2011 email from Mr. Miller is attached as Exhibit A. That timeline would have provided for the filing of Defendants' motions to dismiss on May 2, 2011, well after the conference now set for April 11, 2011.

5. In light of Defendants' desire to move the proceedings forward, Defendants proposed to respond to the Second Amended Complaint <u>earlier</u>, on April 1, 2011, instead of May 2, 2011. On March 16, 2011, the Court granted the parties' Consent Motion for Entry of Stipulation and [Proposed] Order Granting Filing of Second Amended Complaint and Extending Time for Defendants' Motions to Dismiss [dkt no. 34], and ordered Plaintiff to file his Second Amended Complaint no later than March 18, 2011. The Court directed Defendant to answer, move or otherwise respond to the Second Amended Complaint by April 1, 2011. [dkt no. 36].

6. However, once Plaintiff requested a conference with the Court to address the SEC Complaint and its impact, if any, on the pending motions, Defendants wanted to be certain that

Plaintiff would not seek to file <u>another</u> amendment or seek other relief relating to the SEC Complaint, after Defendants filed the motions to dismiss. Plaintiff refused to provide that assurance.

7. Defendants respectfully submit that they should not suffer prejudice by spending time and resources responding to seriatim pleadings in advance of a conference that Plaintiff requested to discuss these issues.

8. Plaintiff's counsel cannot claim it is prejudiced by the brief extension of time, since Plaintiff previously suggested a May 2 filing date, which is several weeks later than the April 13, 2011 date Defendants now seek. Rather, Plaintiff appears to be seeking a tactical advantage by having Defendants file their motions to dismiss so that Plaintiff may potentially plead around the arguments made therein.

9. In a March 30, 2011 conversation, counsel for Plaintiff represented that he was not consenting to Defendants' request for an extension, but expressed no opposition or objection to the request.

10. To be clear, Defendants are not seeking an extension of time to prepare their brief, as Plaintiff suggests. Rather, as Defendants told Plaintiff, Defendants should not be put to the burden or trouble of having to respond to seriatim pleadings.

WHEREFORE, for the foregoing reasons, defendants Ernst & Young Ltd. (Bermuda) and Ernst & Young (Bahamas) respectfully request that this Court approve their request for a twelve (12) day extension of time in which to file their motion to dismiss, from the currently-scheduled deadline of April 1, 2011 to April 13, 2011, two days after the telephone conference with the Court.

DEFENDANTS
ERNST & YOUNG LTD. (BERMUDA)
ERNST & YOUNG (BAHAMAS)

By:/s/ Alfred U. Pavlis
Alfred U. Pavlis (ct 08603)
Richard S. Gora (ct 27479)
FINN DIXON & HERLING LLP
177 Broad Street, 15th Floor
Stamford, CT 06901-2689
Tel: (203) 325-5000
Fax: (203) 325-5001
E-mail: apavlis@fdh.com
rgora@fdh.com

-and-

Richard A. Martin
Patryk J. Chudy
ORRICK HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
Tel: (212) 506-5000
Fax: (212) 506-5151
E-mail: rmartin@orrick.com
pchudy@orrick.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2011, a copy of the foregoing Reply to Lead Plaintiff's Response to Defendant's Motion for Extension of Time was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by regular first-class mail to counsel unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

By:/s/ Alfred U. Pavlis

Alfred U. Pavlis (ct 08603)
FINN DIXON & HERLING LLP
177 Broad Street, 15th Floor
Stamford, CT 06901-2689
Tel: (203) 325-5000
Fax: (203) 325-5001
E-mail: apavlis@fdh.com