**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| TERENCE ISAKOV, for himself and on behalf of all others similarly situated, | : | Civil Action No. 3:10-CV-1517 (MRK) |
| Plaintiff, | : | |
| v. | : | |
| ERNST & YOUNG LTD. (BERMUDA); ERNST & YOUNG (BAHAMAS), | : | |
| Defendants. | : | May 23, 2011 |

**MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO ENFORCE ARBITRATION AND FORUM SELECTION PROVISIONS BY ERNST & YOUNG LTD. (BERMUDA) AND ERNST & YOUNG (BAHAMAS)**

PLEASE TAKE NOTICE that, upon the annexed Declaration of Richard A. Martin, dated May 23, 2011, and the exhibits thereto, the accompanying Memorandum of Law in Support of Motion to Dismiss, or in the Alternative, to Enforce Arbitration and Forum Selection Provisions by Ernst & Young Ltd. (Bermuda) and Ernst & Young (Bahamas), and upon all pleadings filed herein, defendants Ernst & Young Ltd. (Bermuda) and Ernst & Young (Bahamas) (together, "Defendants") will move this Court, before the Honorable Mark R. Kravitz, United States District Judge, in the United States Courthouse for the District of Connecticut, 141 Church Street, New Haven, Connecticut, 06510, at a date and time to be determined by the Court, for an order dismissing Plaintiff's Second Amended Complaint in the above-captioned action pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, or in the alternative, for an order enforcing the arbitration and forum selection provisions.

**ORAL ARGUMENT REQUESTED**

DEFENDANTS
ERNST & YOUNG LTD. (BERMUDA) and
ERNST & YOUNG (BAHAMAS)

By: __/s/__Richard A. Martin_________

Richard A. Martin
Patryk J. Chudy
ORRICK HERRINGTON &
SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019
Telephone: (212) 506-5000
Facsimile: (212) 506-5151
E-mail: rmartin@orrick.com
pchudy@orrick.com

-- and --

Alfred U. Pavlis (ct 08603)
Richard S. Gora (ct 27479)
FINN DIXON & HERLING LLP
177 Broad Street, 15th Floor
Stamford, CT 06901-2689
Tel: (203) 325-5000
Fax: (203) 325-5001
E-mail: apavlis@fdh.com
rgora@fdh.com

**Certificate of Service**

I hereby certify that on May 23, 2011, a copy of the foregoing Motion to Dismiss, or in the Alternative, to Enforce Arbitration and Forum Selection Provisions by Ernst & Young Ltd. (Bermuda) and Ernst & Young (Bahamas) was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by regular first-class mail to counsel unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

By: __/s/ Richard A. Martin

Richard A. Martin