Civil- (Dec-2008)

HONORABLE: Mark R. Kravitz

DEPUTY CLERK K. Ghilardi RPTR/ECRO/TAPE T. Finkelstein

TOTAL TIME: 1 hours 38 minutes

DATE: 11/21/2011 START TIME: 9:02 END TIME: 10:40

LUNCH RECESS FROM: ____ TO: ____

RECESS (if more than ½ hr) FROM: ____ TO: ____

CIVIL NO. 3:10-cv-1517 (MRK)

Isakov

vs

Ernst & Young, Ltd. (Bermuda) et al

James E. Miller
Plaintiff's Counsel

Richard A. Martin
Defendant's Counsel

**COURTROOM MINUTES- CIVIL**

- [x] Motion hearing
- [ ] Evidentiary Hearing
- [ ] Miscellaneous Hearing
- [ ] Show Cause Hearing
- [ ] Judgment Debtor Exam

- [x] .....# 67 Motion to Dismiss — [ ] granted [ ] denied [x] advisement
- [ ] .....# ____ Motion ____ — [ ] granted [ ] denied [ ] advisement
- [ ] .....# ____ Motion ____ — [ ] granted [ ] denied [ ] advisement
- [ ] .....# ____ Motion ____ — [ ] granted [ ] denied [ ] advisement
- [ ] .....# ____ Motion ____ — [ ] granted [ ] denied [ ] advisement
- [ ] .....# ____ Motion ____ — [ ] granted [ ] denied [ ] advisement
- [ ] .....# ____ Motion ____ — [ ] granted [ ] denied [ ] advisement
- [ ] ..... Oral Motion ____ — [ ] granted [ ] denied [ ] advisement
- [ ] ..... Oral Motion ____ — [ ] granted [ ] denied [ ] advisement
- [ ] ..... Oral Motion ____ — [ ] granted [ ] denied [ ] advisement
- [ ] .... Oral Motion ____ — [ ] granted [ ] denied [ ] advisement
- [ ] ..... [x] Briefs(s) due 11/30/11 [ ] Proposed Findings due ____ Response due ____
- [ ] ........... ____ [ ] filed [ ] docketed
- [ ] ........... ____ [ ] filed [ ] docketed
- [ ] ........... ____ [ ] filed [ ] docketed
- [ ] ........... ____ [ ] filed [ ] docketed
- [ ] ........... ____ [ ] filed [ ] docketed
- [ ] ........... ____ [ ] filed [ ] docketed
- [ ] ........... ____ Hearing continued until ____ at ____